NO. SCPW-12-0000014

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DR. ORLY TAITZ, Petitioner,

vs.

THE HONORABLE RHONDA A. NISHIMURA, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Dr. Orly Taitz's petition for a writ of mandamus, it appears that petitioner fails to demonstrate an entitlement to mandamus relief. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action. Such writs are not intended to supersede the legal discretionary authority of the lower courts, nor are they intended to serve as legal remedies in lieu of normal appellate procedures. ). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 12, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.



/s/ Sabrina S. McKenna

2